**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DENLYN, INC. d/b/a SAVANAH MANOR,

      Plaintiff,

v.                                                     Case No: 5:19-cv-383-Oc-30PRL

ASPEN SPECIALITY INSURANCE
COMPANY,

      Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.   An Order was entered on March 17, 2020 (Dkt. 26) which relieved Attorney Edward P. Jordan II of the Jordan Law Group as counsel for Plaintiff. Plaintiff Denlyn, Inc. d/b/a Savanah Manor was given thirty (30) days to retain counsel because corporations are unable to proceed *pro se* pursuant to Local Rule 2.03(e). The Court noted in its Order that failure to have new counsel appear by the above deadline will result in the Court dismissing the case without prejudice. The deadline for Plaintiff to retain counsel has passed.   As Plaintiff has failed to diligently prosecute the above-styled action, it is

      **ORDERED AND ADJUDGED** as follows:

      1.     This cause is dismissed without prejudice.

      2.     All pending motions, if any, are denied as moot.

      3.     The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this July 1, 2020.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record